| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: Southern District of New York (State) |
| Case number *(if known)*: _____    Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

**If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's Name** | **Grupo Famsa, S.A.B. de C.V.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | N/A |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | GFA971015267 (Mexican Federal Tax ID Number) |
| 4. | **Debtor's address** | **Principal place of business**<br><br>Av. Pino Suárez, 1202 Norte, 3rd Fl.<br>Number    Street<br><br>Unidad A., Zona Centro<br><br>Monterrey    Nuevo Leon    64000<br>City        State    Zip Code<br><br><br>Mexico<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br><br><br>City        State    Zip Code<br><br>**Location of principal assets, if different from principal place of business** |
| 5. | **Debtor's website** (URL) | https://www.grupofamsa.com |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor     __**Grupo Famsa, S.A.B. de C.V.**_____     Case number *(if known)* _____
           Name

**7. Describe debtor's business**

A. *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

N/A

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11.  *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B)..

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition.

☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form**.**

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No
☐ Yes.     District _____  When _____  Case number _____
                                      MM/DD/YYYY

If more than 2 cases, attach a separate list.

            District _____  When _____  Case number _____
                                      MM/DD/YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an**

☒ No
☐ Yes.     Debtor _____  Relationship _____

           District _____  When _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2

Debtor    **Grupo Famsa, S.A.B. de C.V.**    Case number *(if known)* _____
       Name

| | |
|---|---|
| **affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | Case number, if known _____<br><br>MM / DD / YYYY |

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:*<br><br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?**<br>    _____<br>    Number    Street<br>    _____<br>    City    State    Zip Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☐ 50-99    ☐ 5,001-10,000    ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000<br>☒ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☒ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☒ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

20-11505-scc    Doc 1    Filed 06/26/20    Entered 06/26/20 13:51:56    Main Document
Debtor    Grupo Famsa, S.A.B. de C.V.    Pg 4 of 14
Name                                          Case number (if known)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/26/2020
               MM/DD/YYYY

X _____    Luis Gerardo Villarreal
Signature of authorized representative of debtor    Printed name

Title    **Board Member**

**18. Signature of attorney**

X    /s/ Pedro A. Jimenez                      Date    06/26/2020
Signature of attorney for debtor                       MM/DD/YYYY

**Pedro A. Jimenez**
Printed name

**Paul Hastings LLP**
Firm name

**200 Park Avenue**
Number    Street

**New York**                                   **NY**      **10166**
City                                           State       ZIP Code

**(212) 318-6000**                             pedrojimenez@paulhastings.com
Contact phone                                  Email address

**4448130**                                    **NY**
Bar number                                     State

RESOLUTIONS OF THE BOARD OF DIRECTORS

OF

GRUPO FAMSA, S.A.B. de C.V.

The undersigned, Humberto Loza López, in my capacity as secretary of the Board of Directors of Grupo Famsa, S.A.B. de C.V. (the "Company"), hereby certify that the Board of Directors of the Company in its meeting of April 21, 2020, adopted and approved, confirmed and ratified the resolutions attached hereto, among other resolutions.

_____
Name: Humberto Loza López
Title:  Secretary of the Board of Directors

RESOLUTION

OF

THE BOARD OF DIRECTORS

OF

GRUPO FAMSA, S.A.B. de C.V.

**WHEREAS**, the Board of Directors (the "Board") of Grupo Famsa, S.A.B. de C.V. (the "Company") has consulted with its management team, as well as its legal and financial advisors, regarding the Company's need to address the upcoming maturity of the Company's 7.250% senior notes due 2020 (the "2020 Notes");

**WHEREAS**, the Company began exploring options for restructuring the 2020 Notes in the summer of 2019, and in furtherance thereof, launched an offer to exchange (the "Exchange Offer") the 2020 Notes for new secured notes due 2024 (the "2024 Notes");

**WHEREAS**, certain holders of the 2020 Notes representing approximately $59 million of 2020 Notes did not participate in the Exchange Offer, and the Company commenced discussions with one or more of the remaining holders of the 2020 Notes with respect to the Company's need to restructure the remaining $59 million of 2020 Notes (the "2020 Notes Restructuring");

**WHEREAS**, on April 28, 2020, the Company will launch a solicitation of holders of the 2020 Notes (the "Solicitation") to effectuate the 2020 Notes Restructuring through the issuance of new notes and certain other consideration pursuant to a chapter 11 prepackaged plan of reorganization of the Company (the "Plan");

**WHEREAS**, the Board has been advised that if more than two-thirds in amount and one-half in number of holders of 2020 Notes who cast ballots vote in favor of the Plan (the "Bankruptcy Threshold"), the Company will have obtained sufficient support on the Plan to satisfy the relevant chapter 11 requirements and confirm the 2020 Notes Restructuring on all holders of the 2020 Notes through the commencement of a prepackaged chapter 11 case (such filing, the "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court the Southern District of New York (the "Bankruptcy Court") in order to obtain approval of the Plan;

**WHEREAS**, the Solicitation, the Plan and the Chapter 11 Case have been structured and will be carried out in a way so as to minimize any impact on, or disruption to, the Company's business, including through provisions in the Plan that pay in full or otherwise unimpair all creditors of the Company (other than the 2020 Notes being restructured under the Plan);

**WHEREAS**, the Board has determined that, in its judgment, it is desirable and in the best interest of the Company, its creditors, equity holders, and other interested parties that, at such time as determined by the Authorized Officers (as defined below), the Company commence the Chapter 11 Case in the Bankruptcy Court to obtain approval of the Plan and confirm the results of the Solicitation of all holders of 2020 Notes;

WHEREAS, in order to facilitate the commencement and prosecution of the Chapter 11 Case and approval of the Plan, the Board desires to approve the following resolutions:

**COMMENCEMENT OF CHAPTER 11 CASE**

NOW, THEREFORE, BE IT RESOLVED, that in the event that the Bankruptcy Threshold is satisfied, either of Humberto Garza Valdéz, Luis Gerardo Villarreal Rosales, and Humberto Loza López (te "Authorized Officers") [pursuant to the powers of attorney previously granted to them] hereby are, authorized, empowered, and directed to (jointly or severally) execute and file in the name and on behalf of the Company, and under its corporate seals or otherwise, all petitions, requests, schedules, motions, lists, applications, pleadings, and other papers in the Bankruptcy Court, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds which the Authorized Officer deems necessary, proper, or desirable in connection with the Chapter 11 Case, including, without limitation, negotiating, amending, waiving, signing, executing, delivering, ratifying, notarizing and performing any and all documents, agreements, certificates and/or instruments in connection with the transactions and professional retentions set forth in this resolution, with a view to the successful prosecution of the Chapter 11 Case;

**RETENTION OF ADVISORS**

FURTHER RESOLVED, that the Company is hereby authorized to employ the law firm of Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, to render legal services to, and to represent, the Company in the Chapter 11 Case and in any and all related proceedings, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that the Company is hereby authorized to employ the financial advisory firm of Alfaro, Davila & Scherer to assist the Company in connection with the filing and prosecution of the Chapter 11 Case, including without limitation, the preparation of any analysis, schedules, affidavits or other documents or provision of any services as may be necessary or required with respect to approval of the Plan, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that the Company is hereby authorized to employ Epiq Corporate Restructuring, LLC, 777 Third Avenue, 12th Floor, New York, NY 10017, to render noticing, balloting, claims administration, and related services in connection with the Chapter 11 Case and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that the Authorized Officers are hereby authorized, empowered and directed to retain on behalf of the Company such other professionals as he or she deems necessary, appropriate or desirable, upon such terms and conditions as he or she shall approve, to render services to the Company in connection with the Chapter 11 Case and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval, if required;

**GENERAL AUTHORIZATION AND RATIFICATION OF PAST ACTIONS**

**FURTHER RESOLVED**, that the Authorized Officers are hereby authorized, empowered, and directed, in the name and on behalf of the Company, jointly or severally, to take all such further actions including, without limitation, to pay all fees and expenses, in accordance with the terms of the Plan, which shall, in either of the Authorized Officers' sole judgment, be necessary, proper or advisable to perform the Company's obligations under or in connection with the Solicitation, the 2020 Notes Restructuring and any and all transactions contemplated by the Plan and to carry out fully the intent of the foregoing resolutions;

**FURTHER RESOLVED**, that the Authorized Officers are authorized, empowered, and directed, (jointly or severally), in the name and on behalf of the Company, to effectuate the issuance of new notes carried out by means of the launch of a Solicitation to the remaining holders of the 2020 Notes and to execute, sign, and deliver, or cause to be made, executed, signed and delivered, any and all documents including without limitation, applications, reports, notes, agreements, indentures, certifications, irrevocable consents and appointments of attorneys for service of process, before all public and private institutions, including authorities both in the United States of America and abroad necessary or advisable in relation to the issuance of new notes, and the corresponding Solicitation to carry out the 2020 Notes Restructuring.

**FURTHER RESOLVED**, that the Authorized Officers are authorized (jointly or severally), in the name and on behalf of the Company, to do and perform, or cause to be done and performed, any and all such acts, deeds and things, to make, execute and deliver, or cause to be made, executed and delivered, any and all documents and to take any and all actions as may be necessary or in their opinion desirable to implement or carry into effect the intent and purpose of (a) the foregoing resolutions, or (b) any other action on behalf of the Company in furtherance of, or related to, the obligations listed herein, including, without limitation, executing and delivering, ratifying, and causing the performance by the Company of its obligations under, any agreement or document referred to herein; and the execution by the Authorized Officers of any such document or the taking of any such other action by or at the direction of the any of Authorized Officers shall conclusively establish and evidence (i) their making any determination required by the foregoing resolutions as to the necessity or advisability of any particular agreement or action and (ii) their authority therefor; and

**FURTHER RESOLVED**, that any and all actions taken by the Authorized Officers prior to the date of these resolutions that would have been authorized by these resolutions but for the fact that such actions were taken prior to the date of these resolutions be, and hereby are, authorized, ratified, confirmed, adopted and approved in all respects as the acts and deeds of the Company.

*[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
GRUPO FAMSA, S.A.B. DE C.V.,                                   :   Case No. 20-[_____] ([___])
                                                               :
                    Debtor.[1]                                 :
                                                               :
---------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of the debtor's equity interest:

| Shareholder | Approximate Percentage of Equity Held |
|---|---|
| Control Trusts[2] | 67.33% |
| Invex Casa de Bolsa, S.A. de C.V. | 10.17% |

---

[1] The last four digits of the Debtor's Mexican federal tax identification number are 5267. The location of the corporate headquarters and the service address for the Debtor is Avenida Pino Suárez 1202 Norte, Piso 3, Unidad "A", Zona Centro, 64000 Monterrey, Nuevo León, Mexico.

[2] Trust No. F/007 and Trust No. F/715 (the "Control Trusts") were entered into on April 7, 2005 and May 17, 2007, respectively, by Humberto Garza Gonzalez and Graciela Valdez Sanchez de Garza, with Humberto Garza Valdez, Graciela Valdez Sanchez de Garza and certain immediate family members as beneficiaries. Under the terms of the Control Trusts, voting in respect of the shares subject to the Control Trusts must be exercised by the Trustee as instructed by Humberto Garza Gonzalez and, upon his death, as instructed by a committee comprised of various members of the Garza Valdez family. The Control Trusts also contain standard provisions relating to, among other things, preemptive rights in the context of future stock issuances and limitations on transfer. The Control Trusts have a duration of 20 years and may be revoked at any time by Humberto Garza González.

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | **Grupo Famsa, S.A.B. de C.V.** |
| United States Bankruptcy Court for the: | Southern District of New York (State) |
| Case number (If known): | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral | Unsecured claim |
| 1 | BANCOMEXT SNC | Alejandro Fresán Hernández<br>Periférico Sur 4333, Colonia Jardines en la Montaña<br>Delegación Tlalpan<br>Ciudad de México, C.P.14210<br>+52 (55) 5449-9452<br>afresan@bancomext.gob.mx | Bank Loan | Non-contingent / liquidated | | | Mex$3,398,609,238 |
| 2 | MULTIVA | Marcelo García Rendón<br>Cerrada de Tecamachalco 45 3ER Piso, Col. Reforma Social<br>Del. Miguel Hidalgo<br>Ciudad de México, C.P. 11650<br>+52 55-5284-6203<br>marcelo.garcia@multiva.com.mx | Bank Loan | Non-contingent / liquidated | | | Mex$895,927,505 |
| 3 | GRUPO FINANCIERO MONEX- TRUSTEE | Rebeca Erivez<br>Av. Paseo de la Reforma, No. 2, Col. Juárez, Del. Cuauhtémoc, Ciudad de México, C.P. 06600<br>+52 (55) 5231 0564<br>rerivess@monex.com.mx | Local Debt | Non-contingent / liquidated | | | Mex$360,408,982 |
| 4 | WHIRLPOOL MEXICO S DE RL DE CV | Jose Hugo Cavazos<br>Calle Margarita #203 C,P.66600 Apodaca Nuevo León<br>81 83 29 22 80<br>jose_hugo_cavazos@whirlpool.com | Supplier | Non-contingent / liquidated | | | Mex$239,622,794 |
| 5 | RADIOMOVIL DIPSA SA CV | Isela Sarabia Mendez<br>Calle Lago Zurich # 245 C.P.11529 Miguel Hidalgo Ciudad de México<br>(55) 25-81-37-00<br>isela.sarabia@telcel.com | Supplier | Non-contingent / liquidated | | | Mex$198,674,260 |

Debtor  **Grupo Famsa S.A.B. de C.V.**                                  Case Number *(if known)*_____

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral** | **Unsecured claim** |
| 6 | MABE MEXICO S DE RL DE CV | Tatiana Muro<br>Calle Paseo de las Palmas #100 C.P.11000 Sección Miguel Hidalgo Ciudad de México<br>(81) 1224 0427<br>tatiana.muro@mabe.com.mx | Supplier | Non-contingent / liquidated | | | Mex$187,063,298 |
| 7 | BANCO DEL BAJIO | Gerardo Roman Ugarte<br>Av. Manuel J. Clouthier, No. 508, Col. Jardines del Campestre, León, Guanajuato, C.P. 37128<br>+52 (81) 12531921<br>groman@bb.com.mx | Bank Loan | Non-contingent / liquidated | | | Mex$170,983,263 |
| 8 | INTERCAM BANCO SA IBM | Jorge Luis Haas Díaz<br>Calzada del Valle Alberto Santos 205, Del Valle, 66220 Monterrey, N.L.<br>+52 (81) 86761600 ext 1831<br>jhaas@intercam.com.mx | Bank Loan | Non-contingent / liquidated | | | Mex$150,356,070 |
| 9 | CARDIF MEXICO | Jorge Rodríguez Reyna<br>Paseo de las Palmas # 425, 525 y 504 C.P.11000 Delegación Miguel Hidalgo Ciudad de México<br>(55) 22-82-20-83<br>jorge.rodriguez@cardif.com.mx | Supplier | Non-contingent / liquidated | | | Mex$118,477,116 |
| 10 | COMPETITION TEAM TECHNOLOGY MEXICO | Mauro Ibarra<br>DR ATL 2031 402 C.P.22010 Tijuana Baja California<br>(664) 627-7473<br>mauro.ibarra@foxconn.com | Supplier | Non-contingent / liquidated | | | Mex$68,907,022 |
| 11 | KOBLENZ ELECTRICA SA DE CV | Ricardo García<br>Ciencia 28 28 C.P. 54730 Cuautitlan IzcaliEstado de México<br>(55) 58-64-03-00 y(55) 58-72-12-78<br>garciari@koblenz-electric.com | Supplier | Non-contingent / liquidated | | | Mex$38,520,204 |
| 12 | MOTOROAD SA DE CV | Juan Ochoa<br>Av. 1 de mayo 226 C.P. 53500 Naucalpan Estado de México<br>5357-3233 y 2122-7100<br>jochoa@carabela.com.mx | Supplier | Non-contingent / liquidated | | | Mex$33,586,886 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     Page 2

Debtor **Grupo Famsa S.A.B. de C.V.**  Case Number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral | Unsecured claim |
| 13 | TEMPUR SEALY MEXICO | Rafael Landeros Alvarado  Circuito Alfonso Gomez de Orozco # 113  C.P.50200 Toluca Estado de México  (722) 273-18-10 y (722) 273-18-16  Rafael.Landeros@tempursealy.com | Supplier | Non-contingent / liquidated | | | Mex$26,285,226 |
| 14 | LG ELECTRONICS MEXICO SA DE CV | Ivan Morales  Sor Juana Ines de la Cruz # 555555 CP.54033 Tlalneplanta Estado de México  (55) 53-21-19-00  ivan.morales@lge.com | Supplier | Non-contingent / liquidated | | | Mex$26,028,505 |
| 15 | MERRY TECH INTERNACIONAL SA DE CV | Marina Espinosa  Cochimies 18480 C. P. 22216 Tijuana Baja California  (664) 625 1552  mespinosa@merrytech.com.mx | Supplier | Non-contingent / liquidated | | | Mex$24,736,871 |
| 16 | PACTECH RETAIL S DE RL DE CV | Miguel Angel Silva  Circulito Josefa Ortiz de Dominguez  MZA 7  C.P.55069 Ecatepec de Morelos  Estado de México  (55) 29-46-97-80  miguel.silva@pactechretail.com.mx | Supplier | Non-contingent / liquidated | | | Mex$19,972,658 |
| 17 | LEAD LITE SAPI DE CV | Gonzalo Carral  Prolongación 5 de Mayo bod.4 C.P. 53370 Naucalpa  Estado de México  55-58-81-93-19  gonzalo.carral@pleuslite.com | Creditor | Non-contingent / liquidated | | | Mex$15,687,550 |
| 18 | IMPCO S DE RL DE CV | Hector Rocha  Ayax 611, Parque Industrial Kalos, Guadalupe, Guadalupe N.L.  (81) 81-44-54-14  hector.rocha@symphonylimited.com | Supplier | Non-contingent / liquidated | | | Mex$15,108,890 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    Page 3

Debtor **Grupo Famsa S.A.B. de C.V.**                                    Case Number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral | Unsecured claim |
| 19 | COLCHONES WENDY SA DE CV | Eleno Ortegon  Calle 3 140 C.P. 144940 Guadalajara Jalisco  (333)884-20-00(333)884-20-68  eleno.ortegon@wendy.com.mx | Supplier | Non-contingent / liquidated | | | Mex$14,178,496 |
| 20 | CONTINENTAL TIRE DE MEXICO SA DE CV | Francisco Arguelles Ortiz  Credit & Accounts Receivables Manager  Finanzas / Tires  Continental Tire de México S.A. de C.V.  Av. Santa Fe #170, 7° piso  Lomas de Santa Fe  Mexico City, D.F., 01210  Mexico  + 52  55-1500-0981  francisco.arguelles@conti.com.mx  

Jorge Enrique Trinidad  (444) 826-88-00  jorge.enrique.de.trinidad.arriaga@conti.com.mx | Supplier | Non-contingent / liquidated | | | Mex$13,558,763 |

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name     Grupo Famsa, S.A.B. de C.V. |
| United States Bankruptcy Court for the:     Southern District of New York (State) |
| Case number (If known): |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

06/26/2020
MM/ DD/YYYY

X _[signature]_
Signature of individual signing on behalf of debtor
Luis Gerardo Villarreal
Printed name
Board Member
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors