PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Pedro A. Jimenez
Shlomo Maza
Derek D. Cash

*Proposed Counsel for the Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
: Chapter 11
*In re:* :
: Case No. 20-11505-SCC
Grupo Famsa, S.A.B. de C.V., :
:
:
Debtor.[1] :
---------------------------------------------------------------X

# NOTICE OF WITHDRAWAL OF PREPACKAGED CHAPTER 11 PLAN

    **PLEASE TAKE NOTICE THAT** on June 26, 2020 (the "Petition Date"), Grupo Famsa S.A.B. de C.V., as debtor and debtor in possession (the "Debtor"), filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code in the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").  Concurrently therewith, the Debtor filed its Prepackaged Chapter 11 Plan (the "Plan") [Docket No. 2].

    **PLEASE TAKE FURTHER NOTICE THAT** on July 7, 2020, the Debtor filed with the Bankruptcy Court a letter (the "July 7 Letter") indicating its intention to withdraw the Plan.

    **PLEASE TAKE FURTHER NOTICE THAT** consistent with the July 7 Letter and Section 10.2 of the Plan, the Debtor hereby withdraws the Plan, without prejudice.

    **PLEASE TAKE FURTHER NOTICE THAT** as the Debtor will not seek confirmation of the Plan, the Debtor submits that creditors and other parties-in-interest need not file objections to the Plan.

---

[1] The last four digits of the Debtor's Mexican federal tax identification number are 5267. The location of the corporate headquarters and the service address for the Debtor is Avenida Pino Suárez 1202 Norte, Piso 3, Unidad "A", Zona Centro, 64000 Monterrey, Nuevo León, Mexico.

Dated: July 9, 2020
      New York, New York

                        PAUL HASTINGS LLP

                       */s/ Pedro A. Jimenez*

                       Pedro A. Jimenez, Esq.
                       PAUL HASTINGS LLP
                       200 Park Avenue
                       New York, NY 10166
                       Telephone: (212) 318-6000
                       Facsimile: (212) 319-4090
                       pedrojimenez@paulhastings.com

                       *Proposed Counsel to the Debtor and Debtor-in-Possession*